**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 1:25-cr-86-SA-DAS-3**

**TERRENCE RUSH**

**ORDER SUBSTITUTING COUNSEL**

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Paul A. Chiniche** on **October 22, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Paul A. Chiniche** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Paul A. Chiniche** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 20th day of October 2025.

　　　　　　　　　　　　　　　　　　 /s/ Jane M. Virden
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE